HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JASON SAMPAGA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SNOHOMISH COUNTY, a municipal corporation; SNOHOMISH COUNTY PROSECUTING ATTORNEY MARK ROE, in his official capacity, and as an individual; THE CITY OF EVERETT, a municipal corporation, and the EVERETT POLICE DEPARTMENT, EVERETT POLICE DEPARTMENT CHIEF OF POLICE DAN TEMPLEMAN, in his official capacity, and as an individual; JOE NEUSSENDORFER, an individual; DEB (Debra or Deborah) COLEMAN, an individual; PETER NOETZEL, an individual; SUZANNE EVISTON, an individual,<br><br>　　　　　　Defendant. | CASE NO. C16-1310 RAJ<br><br>ORDER |

ORDER- 1

1  This matter comes before the Court on Defendants Snohomish County's and Mark
2  Roe's Motion to Stay Discovery.  Dkt. # 13.  Plaintiff does not oppose the motion. *See*
3  Local Rules W.D. Wash. LCR 7(b)(2) ("[I]f a party fails to file papers in opposition to a
4  motion, such failure may be considered by the court as an admission that the motion has
5  merit.").  Accordingly, the motion is **GRANTED**.

7  Dated this the 17th of March, 2017.

 The Honorable Richard A. Jones
 United States District Judge

ORDER- 2